The Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

SEBASTIAN ROJAS,

Defendant.

NO. CR24-079-KKE-10

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' unopposed Motion for Final Order of Forfeiture (the "Motion") for the following property (the "Subject Property"), seized on or about May 14, 2024, from the residence of Defendant Sebastian Rojas, located at 1660 South 333rd Street, Trailor 109, Federal Way, Washington, which has already been forfeited by Defendant Sebastian Rojas:

 a. One Armscor Charles Daly Pistol, bearing serial number CD012674;

 b. One Ruger P-95 Pistol, bearing serial number 314-09213;

 c. Two magazines; and

 d. Ten rounds of ammunition.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

Final Order of Forfeiture - 1
*United States v. Rojas,* CR24-079-KKE

- On June 16, 2025, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting, to the United States, the Defendant's interest in it (*see* Dkt. No. 244);

- The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (*see* Dkt. No. 269), and attempted to provide direct notice, by means reasonably calculated to reach them, to six potential claimants, as well as to any "Residents," at 1660 South 333rd Street, Trailor 109, Federal Way, WA 98003, as required by Fed. R. Crim. P. 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for a Final Order of Forfeiture, ¶¶ 2-3, Exhibits A-G); and

- The time period for filing third-party clams has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States.

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

Final Order of Forfeiture - 2
*United States v. Rojas,* CR24-079-KKE

3.      The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this 27th day of April, 2026.

Kymberly K. Evanson
United States District Judge

Final Order of Forfeiture - 3
*United States v. Rojas,* CR24-079-KKE